GENERAL INVESTMENT COMPANY, Respondent, *v.* INTERBOROUGH RAPID TRANSIT COMPANY, Appellant.

GENERAL INVESTMENT COMPANY, Respondent, *v.* INTERBOROUGH RAPID TRANSIT COMPANY, Appellant.

CLARENCE H. VENNER, Respondent, *v.* INTERBOROUGH RAPID TRANSIT COMPANY, Appellant.

CONTINENTAL SECURITIES COMPANY, Respondent, *v.* INTERBOROUGH RAPID TRANSIT COMPANY, Appellant.

*Appeal — motion to dismiss appeal denied.*

Reported below, 200 App. Div. 794.

(Argued October 2, 1922; decided October 10, 1922.)

MOTION in each case to dismiss an appeal from a judgment entered April 27, 1922, upon an order of the Appellate

Division of the Supreme Court in the first judicial department, which affirmed an order of Special Term directing that the answer of defendant be stricken out as sham and that summary judgment be entered.

The motions were made upon the ground that appeals did not lie to the Court of Appeals as matter of right and that permission to appeal had not been obtained.

*Elijah N. Zoline* for motion.

*A. H. Cole* opposed.

Motions denied, with ten dollars costs in one motion, and without prejudice to renew motions when appeals are reached for argument.